UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALI AWAD, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 09-10479-JLT |
| | * | |
| THOMAS A. BRANT, | * | |
| | * | |
| Defendant. | * | |

ORDER OF DISMISSAL

March 29, 2010

TAURO, J.

This court denied Plaintiff's Motion for Reconsideration re Order on Motion to Dismiss [#15] in an order dated November 5, 2009, as Plaintiff is not a party to the retainer agreement that underlies this action. Because Plaintiff has provided no evidence that an interest in the retainer agreement at issue was effectively assigned to him, Plaintiff's Motion to Reinstate Complaint [#17] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge